B6A (Official Form 6A) (12/07)

In re **Porter Development Partners, LLC**            Case No. **15-31305-H5-7**
                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Approx. 42 acres - on highway 59 near FM1314 Value based on Broker's opinion.<br><br>Legal description: 43.934 acres of land, situated in the JM Everett Survey, Abstract Number 197, and the Erastus S. Perkins Survey, Abstract Number 425, in Montgomery County, Texas. | Fee Simple | | $8,000,000.00 | $1,491,815.74 |
| | | Total: | $8,000,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Porter Development Partners, LLC**  Case No.  **15-31305-H5-7**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business Checking account at Amegy Bank (5970) | $713.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Commerical General Liability Policy - Tallas Insurance Agency - (5-9-2014 through 5-09-2015) | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Porter Development Partners, LLC**　　　　　　　　　　　　　　Case No.　**15-31305-H5-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Porter Development Partners, LLC**　　　　　　　　Case No.　**15-31305-H5-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Porter Development Partners, LLC**　　　　　　　　　　　Case No.　**15-31305-H5-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

　　　　　　　　　　　　　　　　　　　　　　　___3___ continuation sheets attached　　**Total >**　　**$713.00**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Porter Development Partners, LLC**      Case No. **15-31305-H5-7**
                                                                                                                 (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. § 522(b)(2)
- ☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re **Porter Development Partners, LLC**　　　　　　　　　Case No.  **15-31305-H5-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Don Taylor**<br>**9850 Highway 6 So.**<br>**Sugar Land, TX  77478** | | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL:<br>REMARKS:<br><br>VALUE:　　　　　　$0.00 | | | | $59,977.58 | $59,977.58 |
| ACCT #:<br>**James Beamon, Robert Beamon**<br>**Lary Barell**<br>**Suite 1050**<br>**2603 Augusta,**<br>**Houston, TX 77057** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Real Property - 42 acres - on highway 59 near FM1**<br>REMARKS:<br><br>VALUE:　　　　　$8,000,000.00 | | | | $1,491,815.74 | |
| ACCT #:<br>**Millenium Trust Co. LLC**<br>**Cust FBO Paul Williams IRA**<br>**2001 Spring Road, Suite 700**<br>**Oak Brook, IL 60523** | | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL:<br>REMARKS:<br><br>VALUE:　　　　　　$0.00 | | | | $2,588.80 | $2,588.80 |
| ACCT #:<br>**Millennium Trust Co. Custodian**<br>**FBO Raymond L. Warner IRA**<br>**2001 Spring Road, Suite 700**<br>**Oak Brook, IL 60523** | | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL:<br>REMARKS:<br><br>VALUE:　　　　　　$0.00 | | | | $35,319.90 | $35,319.90 |
| | | Subtotal (Total of this Page) > | | | | $1,589,702.02 | $97,886.28 |
| | | Total (Use only on last page) > | | | | | |

___2___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Porter Development Partners, LLC**      Case No. **15-31305-H5-7**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Millennium Trust Co., LLC**<br>**Cust FBO Steven A. Moskowitz IRA**<br>**2001 Spring Road, Suite 700**<br>**Oak Brook, IL 60523** | | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL:<br>REMARKS:<br><br>VALUE: $0.00 | | | | $7,334.96 | $7,334.96 |
| ACCT #:<br>**Millennium Trust Co., LLC**<br>**Cust FBO Steven A. Moskowitz IRA**<br>**2001 Spring Road, Suite 700**<br>**Oak Brook, IL 60523** | | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL:<br>REMARKS:<br><br>VALUE: $0.00 | | | | $9,651.10 | $9,651.10 |
| ACCT #:<br>**Millennium Trust Co., LLC**<br>**Custodian FBO Alisa K Jones**<br>**2001 Spring Road, Suite 700**<br>**Oak Brook, IL 60523** | | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL:<br>REMARKS:<br><br>VALUE: $0.00 | | | | $1,789.36 | $1,789.36 |
| ACCT #:<br>**Mr. Larry Bartell**<br>**5851 San Felipe**<br>**Suite 760**<br>**Houston, TX 77057** | | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL:<br>REMARKS:<br><br>VALUE: $0.00 | | | | $0.00 | |

Sheet no. __1__ of __2__ continuation sheets attached    Subtotal (Total of this Page) >   **$18,775.42**   **$18,775.42**
to Schedule of Creditors Holding Secured Claims      Total (Use only on last page) >

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Porter Development Partners, LLC**          Case No.   **15-31305-H5-7**
                                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Rothenberg FLP**<br>**Mr. Eric Rothenberg**<br>**9235 E. Pemberton Circle Dr.**<br>**Houston, TX  77025** | | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL:<br>REMARKS:<br><br>VALUE:  $0.00 | | | | $1,113.66 | $1,113.66 |
| ACCT #:<br>**Zilker Capital, LLC**<br>**515 Congress Ave Suite 1515**<br>**Austin, TX 78701** | | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL:<br>REMARKS:<br><br>VALUE:  $0.00 | | | | $65,931.75 | $65,931.75 |

Sheet no. __2__ of __2__ continuation sheets attached          Subtotal (Total of this Page) >    $67,045.41    $67,045.41
to Schedule of Creditors Holding Secured Claims                Total (Use only on last page) >  $1,675,522.85   $183,707.11

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **Porter Development Partners, LLC**     Case No.  **15-31305-H5-7**
                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Porter Development Partners, LLC**    Case No. **15-31305-H5-7**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **A&E Graphics** <br> **4235 Richmond Ave.** | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Andrews Myers Coulter & Hayes PC** <br> **3900 Essex Lane, Suite 800** <br> **Houston, TX 77027** | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $5,959.50 |
| ACCT #: <br> **Axis Point Developers, LLC** <br> **916 Herkimer** <br> **Houston, TX 77008** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> **Dr. Ayeez A. Lalji** <br> **5317 Palm Royale Blvd.** <br> **Sugar Land, TX  77479** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> **Fitts, Roberts & Co** <br> **5718 Westheimer, Suite 800** <br> **Houston, TX 77057** | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $15,074.30 |
| ACCT #: <br> **Hector Duran** <br> **Suite 3516** <br> **515 Rusk Ave.** <br> **Houston, TX 77002** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | Notice Only |

Subtotal > **$21,033.80**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

____**4**____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re  **Porter Development Partners, LLC**             Case No.  **15-31305-H5-7**
                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Hovis Surveying Company, Inc.**<br>**5000 Cabbage Street**<br>**Spring, TX  77379** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**J Signs**<br>**20842 US Hwy 59 SuiteI**<br>**New Caney, TX 77357** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Jain & Jain, P.C.**<br>**77 Sugar Creek Center Blvd.**<br>**Suite 410**<br>**Sugar Land, TX  77478** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Jennifer Gremillion Esch, PC**<br>**2825 Dulles Avenue**<br>**Missouri City, TX  77459** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**P O Box 3064**<br>**Houston, Texas 77253-3064** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Marion Montgomery, Inc.**<br>**2412 South Blvd.**<br>**Houston, TX  77098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**1**____ of ____**4**____ continuous sheets attached to                        **Subtotal >**      **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                  **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Porter Development Partners, LLC**                Case No. **15-31305-H5-7**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Montgomery County**<br>c/o John Dillman<br>P.O. Box 3064<br>Houston, TX 77253 | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Montgomery County**<br>400 N. San Jacinto St<br>Conroe TX 77301 | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $47,468.12 |
| ACCT #:<br>**Mr. James R. Beamon**<br>2603 Augusta<br>Suite 1050<br>Houston, TX  77057 | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Mr. Larry Bartell**<br>5851 San Felipe<br>Suite 760<br>Houston, TX  77057 | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Mr. Robert Beamon**<br>2603 Augusta<br>Suite 1050<br>Houston, TX  77057 | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Provident Engineers Inc.**<br>**505 Julie Rivers Drive, Suite 170**<br>**Sugar Land, TX 77478** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $3,499.45 |

Sheet no. __2__ of __4__ continuation sheets attached to                    Subtotal >   $50,967.57
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                            Total >
                                               (Use only on last page of the completed Schedule F.)
                                 (Report also on Summary of Schedules and, if applicable, on the
                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Porter Development Partners, LLC**   Case No. **15-31305-H5-7**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> Ray, Wood, and Bonilla LLP <br> 1110 N Loop 336W Suite 200 <br> Conroe, TX 77301 | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> Tallas Insurance Agency <br> 9100 Southwest Freeway <br> Suite 255 <br> Houston, TX  77074 | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> TBG Partners <br> 901 S. Mopac <br> Bldg 2, Suite 350 <br> Austin, TX  78746 | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> Wallace Bajjali Development Parnters, LP <br> 13135 Dairy Ashford, Suite 150 <br> Sugar Land, TX 77478 | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $500.00 |
| ACCT #: <br> Wallace Bajjali Investment Fund II, LP | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> WB Real Estate Holdings, LLC <br> 13135 Dairy Ashford, Suite 150 <br> Sugar Land, TX 77478 | | DATE INCURRED: <br> CONSIDERATION: <br> REMARKS: | | | | $4,300.00 |

Sheet no. __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $4,800.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Porter Development Partners, LLC**　　　　　　　　　Case No. **15-31305-H5-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Williams, Birnberg & Anderson, LLP**<br>**2000 Bering Drive, Suite 909**<br>**Houston, TX  77057-3746** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to　　　　　　　　　　　Subtotal >　　$0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >　　$76,801.37
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Porter Development Partners, LLC**          Case No.   **15-31305-H5-7**
                                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Real Estate** | Listing agreement for the sale of the real estate owned by the company.<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re **Porter Development Partners, LLC**　　　　　　　　　　　　　Case No. **15-31305-H5-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Porter Development Partners, LLC**          Case No.   **15-31305-H5-7**

                                                     Chapter    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $8,000,000.00 | | |
| B - Personal Property | Yes | 4 | $713.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $1,675,522.85 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $76,801.37 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 16 | $8,000,713.00 | $1,752,324.22 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Porter Development Partners, LLC**  Case No. **15-31305-H5-7**
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___***Authorized Agents***___ of the ___**Corporation**___ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**18**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____   Signature ___**/s/ Costa Bajjali/David G. Wallace**___
   ***Costa Bajjali/David G. Wallace***
   ***Authorized Agents***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*