UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

ENTERED
03/27/2018

IN RE:

Porter Development Partners, LLC and WB Murphy Road Development, LLC

BANKRUPTCY CASE NUMBER

(Debtor),             15-31305

#280

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Priority Energy Holdings, LLC, in the amount of $20,000.00, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 01/23/2018 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Dilks & Knopik, LLC as assignee to Priority Energy Holdings, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $20,000.00 at the following address:

> Dilks & Knopik, LLC
> 35308 SE Center St,
> Snoqualmie, WA  98065

Signed:  March 27, 2018

Karen K. Brown
United States Bankruptcy Judge

Unclaimed.fds
06/23/98