## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PORTER DEVELOPMENT** | § | **CASE NO. 15-31305-H5-7** |
| **PARTNERS, LLC;** | § | (Lowest Number) |
| **WB MURPHY ROAD** | § | **CASE NO. 15-31307-H3-7** |
| **DEVELOPMENT, LLC;** | § | |
| **CREEKMONT PLAZA** | § | **CASE NO. 15-31362-H2-7** |
| **PARTNERS, LP;** | § | |
| **REPLACEMENT** | § | **CASE NO. 15-31760-H4-7** |
| **SANCTUARY GP, LLC;** | § | **CASE NO. 15-31761-H2-7** |
| **WB CHANCEL GP, LLC;** | § | **CASE NO. 15-31762-H3-7** |
| **WB 2610, LLC;** | § | **CASE NO. 15-31763-H5-7** |
| **MEADOW CREST** | § | **CASE NO. 15-31764-H1-7** |
| **DEVELOPERS 226, LP;** | § | |
| **MEADOW CREST** | § | **CASE NO. 15-31765-H3-7** |
| **DEVELOPERS GP, LLC;** | § | |
| **MORTON & PORTER, LP** | § | **CASE NO. 15-31766-H3-7** |
| **MORTON & PORTER GP, LLC;** | § | **CASE NO. 15-31767-H2-7** |
| **RIATA WEST INVESTMENT, LLC;** | § | **CASE NO. 15-31768-H5-7** |
| **LAKECREST VILLAGE** | § | **CASE NO. 15-31769-H1-7** |
| **INVESTMENTS, LLC;** | § | |
| **WB REAL ESTATE** | § | **CASE NO. 15-31770-H1-7** |
| **HOLDINGS, LLC;** | § | |
| **US PUBLIC – PRIVATE** | § | **CASE NO. 15-31771-H1-7** |
| **REAL ESTATE FUND I, LP;** | § | |
| **WALLACE BAJJALI** | § | **CASE NO. 15-31772-H1-7** |
| **INVESTMENT FUND II, LP;** | § | |
| **WEST HOUSTON WB** | § | **CASE NO. 15-31773-H5-7** |
| **REALTY FUND, LP;** | § | |
| **WBIF II GP, LLC;** | § | **CASE NO. 15-31774-H3-7** |
| **WB SUBSTITUTE GP, LLC;** | § | **CASE NO. 15-31775-H2-7** |
| **PPP MANAGEMENT, LLC** | § | **CASE NO. 15-31776-H1-7** |
| | § | **Jointly Administered** |
| | § | |
| **DEBTORS** | § | **CHAPTER 7** |

## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 15-31305-H5-7 | Name of Debtor: Porter Development Partners, LLC, et al. |
| Adversary No: | Style of Adversary: |
| Witnesses: | |
| Lowell T. Cage, Trustee (fact) | Judge: Eduardo V. Rodriguez |
| Bryan Stanley (fact) | Courtroom Deputy: Vriana Portillo |
| | Hearing Date: 10/07/2019 |
| | Hearing Time: 2:30 p.m. (CST) |
| | Party's Name: Lowell T. Cage, Trustee |
| | Attorney's Name: Theresa D. Mobley |
| | Attorney's Phone: 713-789-0500 ext 8321 |
| | Nature of Proceeding: Motion for Approval of Compromise and Settlement Agreement |
| | |
| | |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| T1 | Settlement Agreement | | | | |
| T2 | Wallace Bajjali Investment Fund II, LP Case No. 15-31772 Claims Register | | | | |
| T3 | Proof of claim Number 5-1 Case No. 15-31772 filed by Wayne M. English | | | | |
| T4 | Proof of claim Number 67-1 Case No. 15-31772 filed by James David Colling | | | | |