

ENTERED
10/08/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PORTER DEVELOPMENT | § | CASE NO. 15-31305-H5-7 |
| PARTNERS, LLC | § | (Lowest Number) |
| WB MURPHY ROAD | § | CASE NO. 15-31307-H3-7 |
| DEVELOPMENT, LLC | § | |
| WB REAL ESTATE | § | CASE NO. 15-31770-H1-7 |
| HOLDINGS, LLC | § | |
| WALLACE BAJJALI | § | CASE NO. 15-31772-H1-7 |
| INVESTMENT FUND II, LP | § | |

## ORDER
(Relates to Docket #442)

CAME ON for consideration the Motion for Approval of Compromise and Settlement Agreement among Trustee, the Ellisor Claimants, and Bryan Stanley (the "Motion") filed by Lowell T. Cage, Trustee; and this Court, after reviewing the record and considering the terms of the proposed settlement, and finding there being no objections interposed thereto, is of the opinion that the relief requested should be granted; it is therefore

ORDERED the Motion is hereby granted; it is therefore

ORDERED that the Trustee is authorized for the Debtors' estates to compromise and settle the unliquidated claims asserted by the Ellisor Claimants, who are identified in the Motion, against the Debtors' estates in their proofs of claims and in Cause No. 2014-36580 pending in the 61st District Court of Harris County, Texas, and the avoidance claim, if any, held by the WB Holdings' estate against Bryan Stanley, upon terms agreed upon by the parties in mediation as follows:

(a) The sum of $375,000 shall be paid to the Ellisor Claimants through their counsel, Schmidt Law Firm PLLC, as their agent from the estates of WB Holdings, Porter, and Murphy Road within fifteen (15) days of entry of this Order;

(b) The sum of $50,000 shall be distributed *pro rata* to the Ellisor Claimants and other equity claimants, according to the amount of their claims from Fund II through their counsel, Schmidt Law Firm PLLC, as their agent upon this Court's approval of the Trustee's Final Report filed in Fund II's case; and the $50,000 distribution will be shared *pro rata* by the Ellisor Claimants, according to the amount of their claims with the other equity claimants that filed proofs of claim in Fund II's case;

(c) The WB Holdings' estate 85,902.03 limited partnership interests (representing a 3.66% interest) in the ZT Group Partnership shall be transferred to the Ellisor Claimants through their counsel Schmidt Law Firm PLLC, as their agent; and

(d) The Trustee, the Ellisor Claimants, and Stanley will execute mutual releases of any and all claims, demands, or suits, known or unknown, fixed or contingent, liquidated or unliquidated, whether or not asserted in the Debtors' cases, arising from, or related to, the events and transactions which are the subject matter of the Omnibus Objection to Claims and the Debtors' cases, and asserting claims, by, through, or under Schmidt's clients, and the mutual releases shall run to the benefit of the attorneys, agents, employees, officers, directors, shareholders and partners of the parties being released.

IT IS FURTHER ORDERED that the Trustee is authorized to execute appropriate documents to effectuate this settlement.

DATED: __10-7-2019__.

_____
HONORABLE EDUARDO RODRIQUEZ
U.S. BANKRUPTCY JUDGE