IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PORTER DEVELOPMENT PARTNERS, LLC | § § § | CASE NO. 15-31305-H5-7 |
| WB MURPHY ROAD DEVELOPMENT, LLC | § § § | CASE NO. 15-31307-H5-7 |
| WB REAL ESTATE HOLDINGS, LLC | § § § | CASE NO. 15-31770-H5-7 |
| WALLACE BAJJALI INVESTMENT FUND II, LP, | § § § | CASE NO. 15-31772-H5-7 |
| DEBTORS | § | (Chapter 7) |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND SUMMARY JUDGMENT EXHIBIT
[Relates to Docket No. 730]

Came on for consideration the Taylor Claimants' Unopposed Motion For Leave To Amend Summary Judgment Exhibit, and the Court, after considering the motion, finding that the requested relief is reasonable, it is hereby

ORDERED that the Taylor Claimants are granted leave to Amend Summary Judgment Exhibit A-11, and the new Exhibit A-11 [at Docket No. 719] is accepted in the Record.

SIGNED this ____ day of August, 2021.

_____
HONORABLE EDUARDO V. RODRIGUEZ
UNITED STATES BANKRUPTCY JUDGE

**Submitted By:**

/s/ C. Thomas Schmidt

_____

C. THOMAS SCHMIDT
State Bar No. 00797386
SCHMIDT LAW FIRM, P.L.L.C.
7880 San Felipe, Suite 210
Houston, TX 77063
(713) 568-4898 Phone
(815) 301-9000 Fax
firm@schmidtfirm.com
ATTORNEYS FOR CLAIMANTS