United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE M ENGLISH, *et al.*, | § |
| Appellants, | § |
| VS. | § CIVIL ACTION NO. 4:21-CV-01804 |
| LOWELL T CAGE, TRUSTEE, | § |
| Appellee. | § |

## **ORDER**

The motion for new trial, for hearing, to correct or reform the judgment and for reconsideration of the Court's Order denying extension of time (Dkt. No. 36) is Denied.

It is so ORDERED.

SIGNED on January 5, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge